**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
LYZE M.,

              Plaintiff,

           -against-

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

------------------------------------------------------------x

25-CV-3353 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

In light of Chief Judge Swain's Amended Standing Order M10-468 (25-mc-433; ECF 3), this case is **STAYED** pending the end of the current Lapse in Appropriations. Accordingly, ECF 13 is **DENIED AS MOOT.** Plaintiff may request an extension, if desired, once the case is unstayed.

The Clerk of Court is respectfully directed to close ECF 13. The parties are directed to file a joint status letter no later than 30 days after funding is restored and propose a revised briefing schedule.

      **SO ORDERED.**

Dated: October 23, 2025
      New York, New York

/s/ Ona T. Wang
**Ona T. Wang**
United States Magistrate Judge