**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

LYZE M.,

                   Plaintiff,

               -against-

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

-------------------------------------------------------------x

       25-CV-3353 (OTW)

       **ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 19, the Commissioner's motion to stay briefing on Plaintiff's pending motion for judgment on the pleadings, (ECF 16) and proposing a briefing schedule for the Commissioner's forthcoming motion to dismiss. Plaintiff has not submitted a response after 5 business days. Accordingly, the following briefing schedule shall apply:

- **January 6, 2026**: Commissioner's combined motion to dismiss and opposition to judgment on the pleadings due;

- **January 19, 2026**: Plaintiff's combined opposition to the Commissioner's motion to dismiss and reply in support of Plaintiff's judgment on the pleadings due; and

- **January 27, 2026**: Commissioner's reply in support of the motion to dismiss due.

      **SO ORDERED.**

                                              */s/  Ona T. Wang*

Dated: December 22, 2025                   **Ona T. Wang**
      New York, New York           United States Magistrate Judge